

```
                                    FILED
                                    Sep 18 2018
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY      s/ matb        DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JENNIFER CORONA,<br><br>               Defendant. | Case No.: '18 CR4067 WQH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and Heroin (Felony) |

The United States Attorney charges:

### Count 1

On or about August 22, 2018, within the Southern District of California, defendant JENNIFER CORONA, did knowingly and intentionally import 500 grams and more, to wit: approximately 28.80 kilograms (63.49 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about August 22, 2018, within the Southern District of California, defendant JENNIFER CORONA, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 2.08 kilograms (4.58 pounds) of a mixture and substance containing a detectable amount of

SLE:da:8/28/2018

Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 9/18/18

ADAM L. BRAVERMAN
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney