FILED
DEC 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER CORONA,<br><br>Defendant. | Case No. 18-CR-4067-WQH<br><br>I N F O R M A T I O N<br>(SUPERSEDING)<br>Title 18, U.S.C.,<br>Sec. 1001 - False Statement to a<br>Federal Officer |
|---|---|

The United States Attorney charges:

On or about August 22, 2018, within the Southern District of California, defendant JENNIFER CORONA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts, in that defendant did represent and state to a Department of Homeland Security, Customs and Border Protection Officer that: defendant did not have anything to declare from Mexico, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 12/26/17 .

ADAM L. BRAVERMAN
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney

SLE:12/17/18