REBECCA C. FISH
California State Bar No. 305183
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Becky_Fish@fd.org

Attorneys for Defendant
JENNFER CORONA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNFER CORONA, <br><br> Defendant. | CASE NO.:  18CR4067-WQH <br> 18MJ4575-WVG <br><br> Hon. William V. Gallo <br><br> **CONSENT OF SURETIES TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

It is hereby agreed by and between the parties that the condition of pretrial release for the above-captioned defendant be modified to allow Jennifer Corona to travel to the Central District of California at the discretion of Pretrial Services.

I, Michelle Nuno, surety in the above-captioned case, have no objections to this modification.

DATED: 12/19/2018              By: _____
                                    MICHELLE NUNO

## **CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

    Steven Lee,
    Assistant U.S. Attorney

Respectfully submitted,

Dated: February 6, 2019

*s/ Rebecca C. Fish*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
JENNIFER CORONA
Email: Becky_Fish@fd.org