# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    V.<br><br>JENNIFER CORONA,<br><br>                    Defendant. | Criminal Case No. 18CR4067-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count one of the Superseding Information.

Dated: February 13, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court