1  **REBECCA C. FISH**
2  California State Bar No. 305183
   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
3  225 Broadway, Suite 900
   San Diego, California 92101-5030
4  Telephone: (619) 234-8467
   Facsimile: (619) 687-2666
5  Becky_FIsh@fd.org

6  Attorneys for Defendant
   JENNIFER CORONA
7

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.: 18-CR-4067-WQH |
   |---|---|
12 | Plaintiff, | |
   | v. | ACKNOWLEDGMENT OF NEXT COUT DATE |
13 | JENNIFER CORONA, | |
14 | Defendant. | |
15

16

17     I, **Jennifer Corona**, hereby acknowledge that my next court date to appear

18  in the United States District Court for the Southern District of California is April 8,

19  2019, at 8:00 a.m., before the Honorable William Q. Hayes.

20

21     I declare that the foregoing is true and correct.

22  Dated: 3/6/19       _____

23                             **Jennifer Corona**

24

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Steven Lee,
Assistant U.S. Attorney

Respectfully submitted,

Dated: March 6, 2019

*s/ Rebecca C. Fish*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
JENNIFER CORONA
Email: Becky_FIsh@fd.org