PROB 12B
(08/16)

July 25, 2019
pacts id: 5302123

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Jennifer Corona (English)　　　　　　　**Dkt No.:** 18CR04067-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, U.S. District Judge

**Sentence:** Time served; 3 years of supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 9, 2019

**Date Supervised Release Commenced:** April 9, 2019

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Order of supervised release previously imposed on April 9, 2019, be terminated due to Ms. Corona's death on June 30, 2019.

PROB12B

Name of Offender: Jennifer Corona  
Docket No.: 18CR04067-001-WQH

July 25, 2019  
Page 2

## CAUSE

The probation officer has obtained a document from the Medical Examiner's Department in San Diego County indicating Ms. Corona died on June 30, 2019, at 11:27 a.m. The cause of death is listed as "pending investigation." The probation officer was informed an autopsy report should be available 90 days from the date of death.

According to investigator Joseph, with the San Diego County Medical Examiner's Department, Ms. Corona died inside her home. Since numerous pain medications, from the U.S. and Mexico, were found in the home, it is believed she might have accidently overdosed on her pain medication.

Respectfully submitted:  
by *[signature]*  
Teresa Gustafson  
U.S. Probation Officer  
(619) 409-5150

Reviewed and approved:  
*[signature] Lisa Coen*  
Lisa Coen  
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

__✓__ The Modification of Conditions as Noted Above

____ Other ____

*[signature]*  
The Honorable William Q. Hayes  
U.S. District Judge

7/29/19  
Date